UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY M. TALAMANTES,<br><br>Plaintiff,<br><br>v.<br><br>AMADOR COUNTY JAIL, et al.,<br><br>Defendants. | No. 2:19-cv-1784 AC P<br><br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

By order issued April 15, 2021, plaintiff was directed to file a completed affidavit in support of his request to proceed in forma pauperis. See ECF No. 5 at 2. At that time, plaintiff was cautioned that failure to do so would result in a recommendation that this action be dismissed. See id. The thirty-day period has now expired, and plaintiff has not responded to the court's order and has not filed the required document.

In accordance with the above, IT IS HEREBY ORDERED that the Clerk of Court is directed to assign a United States District Judge to this case, and

IT IS HEREBY RECOMMENDED that this action be DISMISSED without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-one days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings

1

and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: May 24, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE