# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY T. TALAMANTES, | No. 2:19-cv-01784-TLN-AC |
| Plaintiff, | |
| v. | **ORDER** |
| AMADOR COUNTY JAIL, et al., | |
| Defendants. | |

Plaintiff Jeffrey T. Talamantes ("Plaintiff"), a former inmate at Amador County Jail, is proceeding *pro se* with this civil rights action under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 24, 2021, the magistrate judge issued findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. (ECF No. 7.) Plaintiff has not filed any timely objections to the findings and recommendations.

The Court has reviewed the file under the applicable legal standards and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued May 24, 2021 (ECF No. 7), are ADOPTED IN FULL, and

2. This action is DISMISSED without prejudice.

The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

DATED: July 14, 2021

Troy L. Nunley
United States District Judge